**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00217-CV

### MEI INVESTMENTS, L.P., Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-15-02041**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 4,

2018. The appeal will be resubmitted in the first quarter of 2019.

/s/ DAVID EVANS
   PRESIDING JUSTICE